No. 94–5891. WILMER v. JOHNSON, DIRECTOR, PRETRIAL SERVICES DIVISION, PHILADELPHIA COURT OF COMMON PLEAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5892. MCFADDEN v. SEARS, ROEBUCK & CO. ET AL. Sup. Ct. Mich. Certiorari denied.

No. 94–5897. DYER v. SHELDON ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–5898. MORTIMER v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 94–5903. FREDELUCES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 94–5905. BAXTER v. CALIFORNIA COMMISSION ON JUDICIAL APPOINTMENTS. Sup. Ct. Cal. Certiorari denied.

No. 94–5914. MATLOCK v. ABRAMAJTYS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–5915. COLE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 94–5916. WOODALL v. ROWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5919. ALLEN v. DANE COUNTY. Ct. App. Wis. Certiorari denied.

No. 94–5925. AWAWDEH v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 94–5928. HYMAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–5930. ROSS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.